### WINSLOW ag[t] BENDALL

Edward Winslow master & halfe Owner of the Catch Johns Adventure in behalfe of himselfe & other Owner plaint. against Free Grace Bendall Defendant for the Forfiture of three hundred pounds due by Charterparty bearing date the fifth day of Novemb[r] 1674 with interest & other due damages according to attachment Dat. June. 26. 1675. . . . The Jury . . . founde for the plaint. three hundred pound Lawfull mony of New-England Forfiture for breach of Charterparty & costs of Court. The Magistrate chancered this Forfiture to one hundred Ninety Six pounds Six Shillings eight pence mony & costs of Court twelue Shillings.

Edward Winslow personally appeared January. 29° 1675. & acknowledged that hee was fully Satisfied by Free Grace Bendall for the within written judgem[t]

as Attests. Js[a] Addington Cler.

### BENDALL ag[t] WINSLOW

Free Grace Bendall plaint. ag[t] Edward Winslow Defendant in an action of the case for breach of Charterparty in not following the order of s[d] Bendall in Loading the Catch Jn° adventure with Salt at the cape de verd Jslands hee having all due conveniency & incouragement for the same as may fully appeare & all due damages according to attachm[t] Dat: July. 22° 1675. . . . The Jury . . . founde for the Defendant costs of Court. [ 332 ]